■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILMEN REYES, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, Bronx County (William I. Mogulescu, J.), rendered on or about April 27, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Catterson, McGuire and Acosta, JJ.